UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

LABORERS' LOCAL UNION NOS. 472 &
172 and LABORERS' LOCAL UNION NOS.
472 & 172 WELFARE AND PENSION
FUNDS AND SAFETY, EDUCATION AND
TRAINING FUNDS; ZAZZALI, P.C.,

Petitioners,

v.

LUCAS CONSTRUCTION GROUP, INC.,

Respondent.

Civil Action No. 23-3867 (MAS) (RLS)

**MEMORANDUM ORDER**

This matter comes before the Court on Petitioners Laborers' Local Union Nos. 472 & 172 and Laborers' Local Union Nos. 472 & 172 Welfare and Pension Funds and Safety, Education, and Training Funds ("Laborers' Union") and Zazzali, P.C.'s (collectively, "Petitioners") Petition to Confirm Arbitration Award ("Petition") (ECF No. 1) and Motion to Confirm Arbitration Award ("Motion") (ECF No. 2). Lucas Construction Group, Inc. ("Respondent") has not appeared in this action.

The Petition indicates that the arbitrator entered an award on May 26, 2023, "a copy of which is attached hereto as Exhibit B." (Pet. ¶ 5, ECF No. 1.) Exhibit B to the Petition, however, does not contain a complete copy of the underlying arbitration award. (Pet., Ex. B, ECF No. 1 at *20-21.) Rather, Exhibit B only contains the first and last pages of the arbitration award. (*See id.*)

Here, based on Petitioners' omission of the entire arbitration award, the Court is not able to perform a full review of Petitioners' application. Petitioners, consequently, have not

adequately demonstrated entitlement to relief. Based on the foregoing, and for other good cause shown,

    **IT IS**, on this 7th day of February 2024, **ORDERED** as follows:

1. Petitioners' Motion to Confirm Arbitration Award (ECF No. 2) is **DENIED** without prejudice.

2. Petitioners may file a Certification accompanied by a full and accurate copy of the arbitration award by **March 7, 2024**. Alternatively, Petitioners may file a renewed motion by **March 7, 2024**, with appropriate supporting documentation.[1]

 

                                                  /s/ Michael A. Shipp
                                              **MICHAEL A. SHIPP**
                                              **UNITED STATES DISTRICT JUDGE**

---

[1] Petitioners' Certification or renewed motion must also include proof of service on Respondent.